UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARK MCKINLEY,

    *Plaintiff*,

v.

NICOLE ELEFONTE, et al.,

    *Defendants*.

---

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

21-CV-0678 (TJM/CFH)

**WHEREAS**, on or about August 5, 2021, Plaintiff filed the First Amended Complaint ("FAC"), *see* dkt. 10; and

**WHEREAS**, the FAC brought claims under the First, Eighth, and Fourteenth Amendments to the Constitution pursuant to 42 U.S.C. §1983 against Defendant Nicole Elefonte and others; and

**WHEREAS**, on or about September 2, 2021, pursuant to a stipulation between the parties, the Court dismissed the Fourteenth Amendment cause of action, *see* dkt. 16; and

**WHEREAS**, the parties agree that the action should not proceed as to Defendant Elefonte,

**NOW, THEREFORE**, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal with prejudice of the complaint against Defendant Elefonte, without costs or fees to any party. The remaining Defendants are not affected by this stipulation.

| | |
|---|---|
| Dated: August 3, 2022 | Dated: August 3, 2022 |
| Sivin, Miller, & Roche, LLP | Letitia James<br>Attorney General of the State of<br>  New York |
| /s/Edward Sivin<br>Edward Sivin, Esq. | /s/ Jonathan S. Reiner<br>Jonathan S. Reiner, of counsel |

| | |
|---|---|
| Attorney for the Plaintiff<br>20 Vesey St., Suite 1400<br>New York, New York 10007 | Assistant Attorney General, of counsel<br>Attorney for the Defendants<br>Litigation Bureau—Third Floor<br>The Capitol<br>Albany, New York 12224 |

**IT IS SO ORDERED:**

_____     Dated: _____
Thomas J. McAvoy
Senior U.S. District Judge