UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARK McKINLEY,

                        Plaintiff,

     -against-

SGT. CHRISTOPHER MOORE, et al.,

                    Defendants.
-----------------------------------------------------------------X

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Civ. No. 21- 0678 (TJM/CFH)

      **WHEREAS**, Plaintiff, Mark McKinley ("Plaintiff"), commenced this action, pursuant to 42 U.S.C § 1983, against Defendants, William Murray, John Thorpe, Jeffrey Phillips, Michael Sarrubbo, Claudio Robustiano, Christopher Moore, Carmen Matrese, and Nicole Elefonte (collectively "Defendants"), seeking to recover damages allegedly suffered during a use-of-force incident occurring on March 11, 2020, at Coxsackie Correctional Facility, Coxsackie, New York; and

      **WHEREAS**, on August 5, 2021, Plaintiff filed a First Amended Complaint, which asserted claims against Defendants under the First, Eighth and Fourteenth Amendments to the U.S. Constitution (Dkt 10); and

      **WHEREAS**, on September 2, 2021, pursuant to a stipulation between the parties, the Court dismissed the claims under the Fourteenth Amendment against Defendants with prejudice (Dkt. 16); and

      **WHEREAS**, on August 10, 2022, pursuant to a stipulation between the parties, the Court dismissed all claims against Defendant Nicole Elefonte with prejudice (Dkt. 33); and

**WHEREAS**, on October 12, 2022, Defendants filed a motion for summary judgment seeking the dismissal of Plaintiff's claims under the First Amendment against Defendants Jeffrey Phillips, John Thorpe, Claudio Robustiano, Michael Sarrubbo, William Murray and Carmen Matrese (the "Moving Defendants"; and

**WHEREAS**, the motion for summary judgment seeks no relief as to Defendant Christopher Moore; and

**WHEREAS**, the parties agree to resolve the pending motion for summary judgment by dismissing, with prejudice, all claims asserted under the First Amendment against the Moving Defendants; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties and/or respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's claims under the First Amendment against Defendants Jeffrey Phillips, John Thorpe, Claudio Robustiano, Michael Sarrubbo, William Murray and Carmen Matrese are dismissed with prejudice, and without costs or attorney's fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that the following claims remain in this action and are unaffected by the foregoing stipulation: (1) First Amendment claim against Defendant Christopher Moore; and (2) Eighth Amendment claim against Defendants Christopher Moore, Jeffrey Phillips, John Thorpe, Claudio Robustiano, Michael Sarrubbo, William Murray and Carmen Matrese.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants' motion for summary judgment is hereby withdrawn.

Dated:    Albany, New York
            November 1, 2022

**LETITIA JAMES**
Attorney General
State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224

     s/Jorge A. Rodriguez
By: _____
JORGE A. RODRIGUEZ
Assistant Attorney General, of Counsel
Bar Roll No. 516423
Telephone:   (518) 776-2179
Fax:   (518) 915-7738 (Not for service of papers)
Email: jorge.rodriguez@ag.ny.gov

Dated:    New York, New York
            November ___, 2022

SIVIN, MILLER & ROCHE, LLP

By: *Edward Sivin* _____
EDWARD SIVIN, ESQ.
Attorney for Plaintiff
20 Vesey St., Suite 1400
New York, New York 10007
Bar Roll No. 514765
Telephone: (212) 349-0300
Fax: (212) 406-9462
Email: esivin@sivinandmiller.com

SO ORDERED
11/7/2022

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior U.S. District Judge